UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR ORR,<br>　　　Petitioner | :<br>:<br>: |
| v. | : CIVIL NO. 1:11-CV-1981 |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>　　　Respondents | :<br>:<br>:<br>: |

*O R D E R*

AND NOW, this 11th day of June, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 25), filed May 8, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

　　1. The magistrate judge's report is adopted.

　　2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

　　3. The Clerk of Court shall close this file.

　　4. A certificate of appealability is denied.


　　　　　　　　　　　　　　　　　　 /s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge